UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA LYNCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 4:22-CV-87-BO-RN |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This judgment filed and entered on April 6, 2023, and served on:**
Derrick Arrowood (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)

April 6, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk